```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GWENDOLYN SCOTT-ADAMS,                   :
                                         :
                   Plaintiff,            :     19-CV-7941 (GBD) (OTW)
                                         :
              -against-                  :     ORDER
                                         :
H&M,                                     :
                                         :
                   Defendant.            :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for an extension to respond to Defendant's motion to dismiss. (ECF 27). This request is **GRANTED** *nunc pro tunc*. Plaintiff shall file her response by **January 6, 2020**.

The Clerk is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: November 22, 2019  
        New York, New York

                                                         *s/ Ona T. Wang*  
                                                         **Ona T. Wang**  
                                                         United States Magistrate Judge