```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GWENDOLYN SCOTT-ADAMS,                      :
                                            :
                    Plaintiff,              :        19-CV-7941 (GBD) (OTW)
                                            :
              -against-                     :        **ORDER**
                                            :
H&M,                                        :
                                            :
                    Defendant.              :
                                            :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

An initial case management conference was held in this matter on December 3, 2019. Pro se Plaintiff did not appear. Defendants were directed to order the transcript and provide a copy to Plaintiff.

Pursuant to the instructions given during the conference, parties are directed to attend mediation and Defendant is directed to provide a status letter, in consultation with Plaintiff, by **January 24, 2020**.

The deadline for Plaintiff's opposition to Defendant's motion to dismiss was extended by the Court to January 6, 2020. (ECF 29). Accordingly, Defendant's reply is due by **January 24, 2020**.

The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: December 6, 2019
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge