UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

GWENDOLYN SCOTT-ADAMS,

                    Plaintiff,

    -against-

H&M,

                    Defendant.
------------------------------------ x

ORDER

19 Civ. 7941 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 2 2020